# United States Court of Appeals

## For the First Circuit

No. 11-1279

LUIS ARTURO SANTALIZ-RÍOS,

Plaintiff, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant, Appellee,

MONARCH PHARMACEUTICALS, INC.; KING PHARMACEUTICAL, INC.;
KING PHARMACEUTICALS WELFARE BENEFIT PLAN,

Defendants.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. José Antonio Fusté, U.S. District Judge]

Before

Torruella, Selya, and Lipez, Circuit Judges.

Luis A. Vivaldi Oliver, with whom Luis Vivaldi Oliver Law
Offices was on brief, for appellant.
Frank Gotay-Barquet, with whom Gotay & Pérez, P.S.C. was on
brief, for appellee.

August 30, 2012